CHARLES PLUEMACHER, Respondent, v. ACHILLE BATAILLE et al.,
Appellants.

APPEAL from a judgment rendered in favor of the plaintiff in the
Municipal Court of the city of New York, borough of Manhattan,
eighth district.

Gideon J. Tucker, for appellants.

Sidney J. Cowen, for respondent.

*Per Curiam.* The items for adjusting locks, $35; for hauling
machinery, $6; for destruction of severed punch, $3, and for renting
three punching machines, $10, were improperly allowed. The evi-
dence shows that the agreement with respect to the locks was not per-
formed, and the other items were either without support upon the
proofs or not within the scope of the action which was brought to
recover for work, labor and services. With these exceptions, how-
ever, we are not inclined to interfere with the finding of the court
below. There was a serious conflict of evidence, which has been
determined in favor of the plaintiff, and we cannot say that there
was no reasonable basis for its support. The judgment must, there-
fore, be modified by deducting therefrom the items above mentioned,
aggregating the sum of $54, and as so modified affirmed, without
costs.

Judgment modified by deducting therefrom the sum of $54, and
as so modified affirmed, without costs.

Present: BEEKMAN, P. J., GILDERSLEEVE and GIEGERICH, JJ.
Judgment modified, and as modified affirmed, without costs.

---

PATRICK DOUGHERTY, Appellant, v. SAMUEL MCMILLAN et al.,
Respondents.

APPEAL by the petitioner from a final order in summary proceed-
ings dismissing the petition of the petitioner, made by the justice of
the Municipal Court in the city of New York, borough of Man-
hattan, tenth district, upon a trial had without jury.

These proceedings were instituted to regain the possession of a
certain lot situated on the west side of the Boulevard, 25 feet 7

inches west of West Ninety-first street, in said borough, claimed to have been forcibly entered upon by the defendant, and who, it is further claimed, forcibly held the same.

Charles De Hart Brower, for appellant.

James A. Dunn, for respondent McMillan.

James A. Deering, for other respondents.

*Per Curiam.* The petition does not allege, nor do the proofs show, that the petitioner had any interest whatever in the premises in suit.

The proceedings were, therefore, properly dismissed by the trial justice (Code of Civ. Pro., § 2235; Potter v. New York Bap. Mission Society, 23 Misc. Rep. 671; Ross v. Same, id. 683), and it follows that the final order appealed from must be affirmed, with costs.

Present: BEEKMAN, P. J., GILDERSLEEVE and GIEGERICH, JJ..

Order affirmed, with costs.